JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY FOOT AND ANKLE INSTITUTE, A PODIATRIC SURGICAL CENTER, | No. CV 25-857-GW-JDEx |
| Plaintiff, | **JUDGMENT** |
| v. | Honorable George H. Wu United States District Judge |
| ROBERT F. KENNEDY JR. IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant. | |

This is a Medicare administrative record review action brought pursuant to 42 U.S.C. § 1395ff and 42 U.S.C. § 405(g). The principal issue in this administrative record review action was whether substantial evidence supports the final decision issued by Defendant Robert F. Kennedy Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services ("Defendant" or the "Secretary"), finding that Plaintiff University Foot and Ankle Institute, A Podiatric Surgical Center ("Plaintiff") was not entitled to certain Medicare payments under Section 1879 of the Social Security Act (the "Act") and that Plaintiff was not entitled to a waiver of recovery under Section 1870 of the Act.

The action was decided on the Court's order denying Plaintiff's motion for summary judgment (Dkt. No. 48) and a review of a Certified Administrative Record ("CAR") that was filed under seal (Dkt. No. 33). *See* Dkt. No. 59. The Court's order was limited to the arguments by the parties and the evidence of the CAR on which the agency's decision was made. *See* 5 U.S.C. § 706; *see also* Dkt. No. 59.

Pursuant to Fed. R. Civ. P. 58, and in accordance with and consistent with the Court's orders dated March 3, 2026 (Dkt. No. 59), March 6, 2026 (Dkt. No. 61), and March 11, 2026 (Dkt. No. 64), it is hereby ORDERED, ADJUDGED, AND DECREED that judgment in this matter is entered in favor of Defendant, and against Plaintiff. This Court's Judgment affirms the Secretary's final decision on review in this action was supported by substantial evidence and was not arbitrary, capricious, or contrary to law.

Plaintiff shall take nothing from its action against Defendant. Plaintiff's First Amended Complaint (Dkt. No. 14) is dismissed *with* prejudice. Defendant is entitled to his costs incurred herein.

The Court also orders the clerk to unseal the Court's order dated March 3, 2026 (Dkt. No. 59).

Dated: March 16, 2026

_____
HON. GEORGE H. WU,
United States District Judge

1